FILED
CLERK

IN THE UNITED STATES DISTRICT COURT   2017 MAY 10  PM 12: 30
FOR THE EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

MAJD KHADRA

_____

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes   ☐ No
*(check one)*

KUNTZ, J.

-against-

City of New York
Officer Badge to 50

POLLAK, M.J.

ORIGINAL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

CV 17 - 2957

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Majd Khadra

Street Address — 8693 NA

City and County — 599 Clarckson Ave

State and Zip Code — Briukly NY

Telephone Number — 917-535-8498

E-mail Address — MajdKhan...

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name

Job or Title (if known) — DHS officer

Street Address — Bader 508 599 Clarckson Ave

City and County — Brooklyn NY

State and Zip Code

Telephone Number

E-mail Address (if known)

Defendant No. 2

    Name     *City of NY*

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 3

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Civil Rights , Human Rights

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

4

III.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was
personally involved in the alleged wrongful action, along with the dates and locations of
all relevant events.  You may wish to include further details such as the names of other
persons involved in the events giving rise to your claims.  Do not cite any cases or
statutes.  If more than one claim is asserted, number each claim and write a short and
plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

599 Clarkson Ave Brooklyn NYC
Kingsboro Star Shelter.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

May 9th around 3. am

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to
you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

As I enter the Shelter, DHS
officer Badge 508 decided to
confiscate my meds since they
weren't in original labeled bottle.
I offered to show proof of prescription
but she wouldn't listen. At this point
I called 911 and righ after doing
so I get shoved against wall and
handcuffed for No reason. Police
arrives and they check to find
out the meds were mine.

by the time it took the police to arrive
I was ~~bey~~ getting kicked every time
I twitcled; woke up next day
with back pain.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Back Pain, Right after incident, I went and saw Pain Managment doctor who prescribed Muscle relaxer for the Pain.

## V.   Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

20,000   Back injury,

Mental Suffering

Discrimination against People

with Tourettes.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/5/10 , 20 17

Signature of Plaintiff _____ticcers_____

Printed Name of Plaintiff _____MAJD KHADRA_____

*Shown to 1 of the officers*

## CLIENT COMPLAINT FORM

DATE: 5/10/17    9.40   MR

TIME REPORTED: ~~Around 3 am~~   REPORTED TO: _____

CLIENT NAME: Majd Khadra    HA# B41

D.O.B. 4/29/87    SOC. SEC. # 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

NATURE OF COMPLAINT: Assault

**COMPLAINT:**

As I enter Kingsboro Star (Men's shelter) located on 599 Clarkson Ave) 2 female officers decided to confiscate my medication since they weren't in original bottle, however I offered nicely to show proof the meds ~~are~~ were mine but they refused to listen. At this point, I called 911 and explained the situation. Right after this the 2 officers shoved me against the wall with handcuffs on. I kept calm explained I have tourettes No need for handcuffs but instead every time I twitched they listed me telling me to stop. Police finally arrives, they go to my text and verify meds were mine! They proceeded by saying Sorry! Next day I got up and ba with ~~half Day~~ caused by ~~assault~~ assault ~~by the~~

DHS POLICE SUPERVISOR ON DESK: _____

COMPLAINT ENTERED INTO LOG BOOK PAGE(S): 276

WHAT TIME: _____ INCIDENT REPORT #: _____

WAS DHS STAFF NOTIFIES? _____ IF YES, THE WHO: _____

MISCELLANEOUS NOTATIONS: Sgt _____ #

_____

_____

CLIENT'S SIGNATURE: _____

PS. They even take my phone deleted recordings!